AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 28, 2026
SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

AMANDA D.,
*Plaintiff*
v.
FRANK BISIGNANO,
Commissioner of Social Security,
*Defendant*

Civil Action No. 2:25-CV-03072-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ______ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

☑ other: Defendant's request to affirm the decision of the ALJ, ECF No. 17, is GRANTED.
Plaintiff's request to remand for benefits, ECF No. 10, is DENIED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

❐ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

❐ tried by Judge ________ without a jury and the above decision was reached.

☑ decided by Judge James A. Goeke

Date: September 28th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*